

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RACHEL DRAKE ▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500
fax: 201.282.6501 | www.steinsakslegal.com

July 13, 2018

**Via CM/ECF**
The Honorable Pamela Pepper, USDJ
United States District Court
Eastern District of Wisconsin
United States District Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      RE:    Kopp v. Pan Am Collections, Incorporated
               Case No. 2:17-cv-00368-PP

Dear Judge Pepper:

    On June 20, 2018, counsel for both parties had a status call with your Honor. During that call, counsel could not reach an agreement as to how their clients wished to proceed with the case. Your Honor directed counsel to confer before the next status call scheduled for July 19, 2018 and to reach a concensus between the parties as to case disposition.

    At this time the parties have discussed settlement but are unable to reach a mutually acceptable arrangement. The parties believe that the case is ripe for dispositive motions and respectfully request that this Court set a Motion Schedule regarding same.

    Prior to filing, this letter was reviewed by Charles G. McCarthy, Jr. Esq., counsel for Defendant who agrees to its content and filing.

                                          Very truly yours,



*/s/ Yaakov Saks*

Yaakov Saks, Esq.
*Attorneys for Plaintiff*

cc: Charles G. McCarthy, Jr. Esq. via CM/ECF