

YAAKOV SAKS▲*
JUDAH STEIN▲
RACHEL DRAKE ▪
DANIEL KOHN▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street,Hackensack, NJ 07601 | tel: 201.282.6500
fax: 201.282.6501 | www.steinsakslegal.com

September 26, 2018

**Via EM/ECF**
The Honorable Pamela Pepper
The Honorable Aaron E. Goodstein, USMJ
United States District Court
Eastern District of Wisconsin
United States District Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: Kopp v. Pan Am Collections, Incorporated
   Case No. 2:17-cv-00368-PP

Dear Judges Pepper and Goodstein:

Please accept this Letter in notification that Plaintiff and his Counsel will not be appearing for the September 27, 2018 mediation before Judge Goodstein as Plaintiff and his counsel, despite their best good faith efforts, were unable to obtain local counsel to take over the case and appear for the mediation.

Plaintiff's counsel has contacted Mr. McCarthy, attorney for Defendant, and advised that Plaintiff and his counsel will be unable to appear for the 9:30 mediation tomorrow. Further, in light of current events, Plaintiff has offered to dismiss his case with prejudice against Defendant Pan Am. Plaintiff is waiting on Defendant's response and will file the appropriate document(s) requesting this relief with the Court as soon as Defendant responds to this offer.

Respectfully Submitted,

/s/ Yaakov Saks

Yaakov Saks, Esq.
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of September, 2018 a copy of the above letter was filed via CM/ECF. All counsel of record will be emailed a notice of the filing of this Letter.

/s/ Yaakov Saks
Yaakov Saks, Esq.